UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20856-CIV-SEITZ/SIMONTON

YAMILL RAMOS PEREZ,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER ADOPTING REPORT, CLOSING CASE, AND DENYING CERTIFICATE OF APPEALABILITY

    THIS CAUSE is before the Court on the Report and Recommendation [DE-37] of Magistrate Judge Simonton. After holding an evidentiary hearing on the issues raised by Movant, Magistrate Judge Simonton recommends denying Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE-1]. Movant has not filed any objections to the Report and Recommendation. Thus, having carefully reviewed, *de novo*, Magistrate Judge Simonton's thorough Report, the record, and given that Movant has not objected, the Report and Recommendation is affirmed and adopted.

    Additionally, the Court will deny issuance of a certificate of appealability. In order to obtain a certificate of appealability, Movant must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is satisfied "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Jones v. Secretary*, 607 F.3d 1346, 1349 (11th Cir. 2010) (quotation omitted). Here, Movant has not made this showing. Accordingly, it is hereby

ORDERED that:

(1) The above-mentioned Report and Recommendation [DE-37] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE-1] is DENIED;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT;

(4) Pursuant to Rule 11 of the Rules Governing Section 2255 Cases, certification of appealability is DENIED; and

(5) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 21st day of August, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record